United States District Court
Northern District of California

1
2
3
4          UNITED STATES DISTRICT COURT
5          NORTHERN DISTRICT OF CALIFORNIA
6          EUREKA DIVISON
7

8    RAUL AGUIREE BARAJAS,                        Case No.  16-cv-4516-NJV (PR)
                    Petitioner,
9                                                 **ORDER OF TRANSFER**
           v.
10
11   R. GRAVES,
                    Respondent.
12

13

14        This is a petition for writ of habeas corpus filed by a state prisoner proceeding pro se.  He

15   seeks review of a prisoner disciplinary finding that resulted in the loss of time credits.  The

16   disciplinary finding occurred in this district.  However, petitioner is currently housed at Calipatria

17   State Prison which is in the Southern District of California.

18        Venue is proper in a habeas action in either the district of confinement or the district of

19   conviction, 28 U.S.C. § 2241(d); however, the district of confinement is the preferable forum to

20   review the execution of a sentence.  Habeas L.R. 2254-3(a); *Dunne v. Henman*, 875 F.2d 244, 249

21   (9th Cir. 1989).  Because petitioner's challenge goes to the execution of his sentence, this petition

22   is transferred to the United States District Court for the Southern District of California.  *See* 28

23   U.S.C. § 1404(a); Habeas L.R. 2254-3(b).

24        **IT IS SO ORDERED.**

25   Dated:  August 22, 2016

26   _____
27   NANDOR J. VADAS
     United States Magistrate Judge

28